[No. 61614-5-I. Division One. July 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO CORTEZ KINER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03489-1, Gerald L. Knight, J., entered April 25, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick and Lau, JJ.

[No. 61709-5-I. Division One. July 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS GRAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-04466-6, Jeffrey M. Ramsdell, J., entered April 21, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ. Now published at 151 Wn. App. 762.

[No. 61729-0-I. Division One. July 6, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN FIGUEROA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-01306-5, Julie A. Spector, J., entered April 29, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick and Lau, JJ.